# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2007

132034

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

LAMARIO ANTONE BROWN,
       Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132034
COA: 260310
Oakland CC: 2004-198331-FH

On order of the Court, the application for leave to appeal the July 20, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2007

Clerk

p0523